June 28, 1944

No. 6039.——*International Products Corp. (William H. Masson, Inc.)* v. *United States.* Entered at Baltimore, Md. Reap. Dec. 5998. Motion by defendant.